COPY MAILED/FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): ✓✓
PLTFF PRO SE:
DFT. PRO SE:
DATE: 8/9/05
BY: SLC

U.S. DISTRICT COURT
FILED
AUG 10 2005
S.D. OF N.Y.

RECEIVED
AUG 18 20

MICROFILM
AUG 10 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
:
RAMON AYALA, EL CARTEL :
RECORDS, INC. and :
LOS CANGRIS, INC., d/b/a :
CANGRIS PUBLISHING, : 05 Civ. 4392
:
: Order
Plaintiffs, :
:
v. :
:
TEE VEE TOONS, INC., d/b/a :
TVT RECORDS, TVT MUSIC, INC., :
JONATHAN SMITH, ARMANDO :
PEREZ, and DOES 1-2000, :
:
Defendants. :
:
----------------------------------x

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court grants leave to Plaintiffs to amend their Complaint by August 15, 2005. Any supplement to Defendants' motion to dismiss based upon this amended Complaint is due by August 22, 2005.

SO ORDERED:

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 9, 2005

Returned to chambers for scanning on 8-17-05 (MBE)
Scanned by chambers on _____.